United States District Court
District of Massachusetts

|  |  |
|---|---|
| Robert Carp and Douglas Carp,<br><br>    Plaintiffs<br><br>    v.<br><br>John Sahagian, Grace Sahagian,<br>Neamat LLC, and Bare Naked<br>Greens LLC<br><br>    Defendants<br><br>    v.<br><br>Brian Carney and Brian Carney<br>Consulting LLC<br><br>    Third-Party<br>    Defendants. | Civil Action No.<br>22-cv-11950 |

MEMORANDUM & ORDER

GORTON, J.

In September, 2023, the Court allowed the motion for judgment on the pleadings filed by John Sahagian, Grace Sahagian, Neamat LLC and Bare Naked Greens LLC's ("defendants"). See Docket Nos. 23, 28. That order dispensed with the only federal claim in this lawsuit and left only state claims brought pursuant to supplemental jurisdiction. 28 U.S.C. § 1367.

This Court may decline to exercise supplemental jurisdiction over remaining state law claims after all federal law claims have been dismissed. 28 U.S.C. § 1367(c)(3); see Wilber v. Curtis, 872 F.3d 15, 23 (1st Cir. 2017) (explaining that it is abuse of discretion to retain jurisdiction in this circumstance unless it would service "the interests of fairness, judicial economy, convenience, and comity."). The parties have not invested significant time in pretrial discovery or trial preparation. See Rivera-Díaz v. Humana Ins. of P.R., Inc., 748 F.3d 387, 392 (1st Cir. 2014). In fact, there has been no meaningful activity in this case since July, 2023. The Court accordingly declines to exercise supplemental jurisdiction over the remaining state law claims and will dismiss the action.

### ORDER

For the foregoing reasons, this case is, pursuant to 28 U.S.C. § 1367(c)(3), **DISMISSED**.

**So ordered.**

　　　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: April 18, 2024